UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

GERALD D. JACKSON

VERSUS

MICHAEL J. ASTRUE, COMMISSIONER
OF SOCIAL SECURITY

CIVIL ACTION

NO. 16-479-JJB-RLB

## RULING

The court has carefully considered the complaint (R. Doc. 1), the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Richard L. Bourgeois, Jr. dated August 2, 2017 (R. Doc. 11). The plaintiff filed an objection (R. Doc.12) which the court has considered.

Therefore, the court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the Commissioner's decision is AFFIRMED, and the Plaintiff's appeal is DISMISSED with prejudice.

Signed in Baton Rouge, Louisiana, on September 11, 2017.

JUDGE JAMES J. BRADY
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA